■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES C. JONES, II, Appellant. [726 NYS2d 313] —Judgment unanimously affirmed. Memorandum: The voluntary and intel-

ligent waiver by defendant of the right to appeal encompasses his contention that defense counsel's former representation of a victim created an appearance of impropriety or an impermissible conflict of interest (*see generally, People v Allen,* 82 NY2d 761, 763). In any event, we conclude that defendant's contention is without merit. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Felony Driving While Intoxicated.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.